# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148661

BARBARA BOLISH,
      Plaintiff-Appellant,

v

MILLER PARK TOWNHOMES, L.L.C.,
AMHERST PARTNERS, L.L.C., and
ANDREA FARR,
      Defendants-Appellees.

SC: 148661
COA: 310100
Ingham CC: 10-001345-NZ

_____/

      On order of the Court, the application for leave to appeal the January 2, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

d0519